BOSSON, Justice (concurring in part and dissenting in part). {44} I dissent from only the double jeopardy portion of the Opinion and concur wholeheartedly in the rest. My views on double jeopardy have been previously stated in State v. Dominguez, 2005-NMSC-001, ¶¶ 28-36, 137 N.M. 1, 106 P.3d 563 (Bosson, C.J., Chávez, J., dissenting), as well as by Chief Justice Chávez in the same opinion, Id. ¶¶ 37-42, with which I concur. {45} Our disagreement stems from what stare decisis effect, if any, we should continue to give the earlier opinion of this Court in State v. Gonzales, 113 N.M. 221, 824 P.2d 1023 (1992), as well as the majority opinion of this Court in Dominguez which relied on Gonzales. Disturbingly, counsel in the present appeal has not asked this Court to overrule or modify our precedent by applying the factors we traditionally employ in a stare decisis analysis. I think our double jeopardy jurisprudence would benefit from such introspection, but perhaps it would best be initiated by the parties themselves and not by this Court acting sua sponte. I look forward to renewing our discussion at some time in the near future, hopefully guided by thoughtful arguments and briefs of counsel addressing stare decisis.